

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00480-CV

| | | |
|---|---|---|
| IN RE AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES AND AFGE LOCAL 1006, Relators | § | Original Proceeding |
| | § | 153rd District Court of Tarrant County, Texas |
| | § | Trial Court No. 153-349075-24 |
| | § | December 5, 2024 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate the trial court's order denying relators American Federation of Government Employees and AFGE Local 1006's plea to the jurisdiction, and direct the trial court to dismiss the underlying case for want of jurisdiction. Our writ will issue only if the trial court does not comply.

It is further ordered that real party in interest Nathan Wiggin must pay all costs of this proceeding.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr